UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT N. JONES,

    Plaintiff,

vs.

LAWRENCE COUNTY
SHERIFF'S DEPARTMENT, *et al.*,

    Defendants.

Case No. 1:17-cv-173

Judge Timothy S. Black

Magistrate Judge Karen L. Litkovitz

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11) AND TERMINATING THIS CASE

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on July 3, 2017, submitted a Report and Recommendation (Doc. 11). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. This action is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b);

2. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court; and

3. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED**.

Date: 12/15/17

Timothy S. Black
United States District Judge